# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146454 & (16)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JESSIE WAYNE PILLETTE,
      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.

SC: 146454
COA: 312690
Ingham CC: 12-000114-AW

_____/

      On order of the Court, the motion to consolidate is DENIED. The application for leave to appeal the November 26, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



p0520

                            Clerk